UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR, <br><br> *Petitioners,* <br><br> *v.* <br><br> JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts, <br><br> *Respondents.* | Case No. 1:20-cv-11272 |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2241, Petitioners Michael and Peter Taylor hereby move the Court for a temporary restraining order and preliminary injunctive relief ordering the Taylors' immediate release because they have been arrested and detained without probable cause in violation of the United States Constitution, the Treaty on Extradition Between the United States of America and Japan, Mar. 3, 1978, 31 U.S.T. 892, T.I.A.S. No. 9625 ("Treaty"), and the laws of the United States.

In the alternative, the Taylors request that the Court grant their immediate release, subject to reasonable conditions, because Magistrate Judge Donald L. Cabell has improperly failed to grant them bail, and to protect them from the current and ongoing COVID-19 outbreak at the Norfolk County Correctional Center.

In support of this Motion, Petitioners rely on the accompanying Memorandum and the declarations and other materials cited therein and submitted herewith, along with their Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Injunctive Relief.

Dated:  July 6, 2020

Respectfully submitted,


By their attorneys,

*/s/  Paul V. Kelly*
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com


*/s/ Abbe David Lowell (by permission)*
Abbe David Lowell (*pro hac vice*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*

*/s/ Robert Sheketoff*
Robert Sheketoff (BBO# 457340)
One McKinley Square
Boston, MA  02119
Tel. (617) 367-3449
sheketoffr@aol.com

*/s/ Daniel Marino (by permission)*
Daniel Marino (*pro hac vice*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice forthcoming*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC  20006
Tel.  202.223.8888

*Counsel for Michael L. Taylor*

*/s/James P. Ulwick (by permission)*
James P. Ulwick (*pro hac vice*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## CERTIFICATE OF SERVICE

I, Paul V. Kelly, certify that service of this motion was made on the above date by and through the ECF filing system.

*/s/  Paul V. Kelly*
Paul V. Kelly