UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and<br>PETER M. TAYLOR,<br><br>   *Petitioners*,<br><br>   *v.*<br><br>JEROME P. MCDERMOTT,<br>Sheriff, Norfolk County, Massachusetts,<br>and JOHN GIBBONS,<br>U.S. Marshal, District of Massachusetts,<br><br>   *Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:20-cv-11272-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENTS' MOTION FOR LEAVE TO FILE RESPONSE
## AND OPPOSITION EXCEEDING PAGE LIMITATION

Pursuant to Local Rule 7.1(b)(4), Respondents, Jerome P. McDermott and John Gibbons, through their undersigned counsel, respectfully move this Court to allow them to file a combined Response to Petitioners' Emergency Petition for Writ of Habeas Corpus (Docket No. 1) and Opposition to Petitioners' Motion for a Preliminary Injunction (Docket No. 2) which exceeds the 20-page limit provided for under the Local Rules. In their Petition and Motion, Petitioners seek to reverse Magistrate Judge Cabell's July 10, 2020 Order denying their earlier motions to quash their arrest warrants and for release from custody, and ask this Court to order their immediate release. On July 16, 2020, Petitioners moved for leave to file a 40-page Memorandum of Law in support of their Motion, and the Court allowed their request. Docket Nos. 36-37.

In drafting their Response and Opposition, Respondents will be mindful of the Court's admonition to Petitioners to ensure they reviewed their Memorandum carefully to avoid repetitive material, Docket No. 37, and will endeavor to file a brief no longer than necessary to address Petitioners' arguments. To adequately and appropriately respond to Petitioners' arguments, Respondents request leave to file a Response and Opposition that is approximately 35 pages in length,

excluding tables of contents and authorities and signature blocks.

                                        Respectfully submitted,

                                        JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, U.S. Marshal, District of Massachusetts

                                        By their attorney,

                                        ANDREW E. LELLING
                                        United States Attorney

By:    */s/ Stephen W. Hassink*
        Stephen W. Hassink
        Assistant U.S. Attorney

        */s/ Philip A. Mirrer-Singer*
        Philip A. Mirrer-Singer
        Trial Attorney

Dated: July 22, 2020

## CERTIFICATE OF SERVICE

    I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that I have this day caused a copy of the foregoing to be served on the attorneys for petitioners by electronic filing.

                                          */s/ Stephen W. Hassink*
                                          STEPHEN W. HASSINK
                                          Assistant U.S. Attorney