# EXHIBIT B



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

HOME    DIRECTIONS    CONTACT US    [Search the Secretary's website]    Search

## Corporations Division

### Business Entity Summary

ID Number: 001369395                              Request certificate    New search

Summary for: PROMOTE FOX LLC

| The exact name of the Domestic Limited Liability Company (LLC): PROMOTE FOX LLC |
|---|

| Entity type: Domestic Limited Liability Company (LLC) |
|---|

| Identification Number: 001369295 |
|---|

| Date of Organization in Massachusetts: 02-19-2019 |
|---|

| Last date certain: |
|---|

The location or address where the records are maintained (A PO box is not a valid location or address):

Address: ▊▊▊▊

City or town, State, Zip code, Country:    HARVARD, MA ▊▊▊   USA

The name and address of the Resident Agent:

Name:    OLIVER TAYLOR
Address: ▊▊▊▊

City or town, State, Zip code, Country:    HARVARD, MA ▊▊▊   USA

The name and business address of each Manager:

| Title | Individual name | Address | | |
|---|---|---|---|---|
| MANAGER | PETER M TAYLOR | ▊▊▊▊ | HARVARD, MA ▊▊ | US |
| MANAGER | OLIVER Z TAYLOR | ▊▊▊▊ | HARVARD, MA ▊▊ | US |

In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:

| Title | Individual name | Address |
|---|---|---|
| | | |

The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:

| Title | Individual name | Address | |
|---|---|---|---|
| REAL PROPERTY | OLIVER Z TAYLOR | ▊▊▊▊ HARVARD, MA | US |
| REAL PROPERTY | PETER M TAYLOR | ▊▊▊▊ HARVARD, MA | US |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

View filings for this business entity:

ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation

View filings