

United States Department of State

Washington, D.C. 20520

October 28, 2020

**Abbe David Lowell**
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
(202) 282-5800
adlowell@winston.com
**Ty Cobb**
Ty Cobb, PLLC
3913 49th Street, N.W.
Washington, DC 20016
(202) 957-7881
gbhshof@gmail.com

Dear Mr. Lowell and Mr. Cobb:

    I am writing with regard to Japan's request for the extradition of Michael and Peter Taylor. Following a review of all pertinent information, including the materials submitted directly to the Department of State, as well as the materials and filings submitted to the U.S. District Court for the District of Massachusetts on behalf of the Taylors, on October 27, 2020, the Deputy Secretary of State authorized the Taylors' surrender to Japan, pursuant to 18 U.S.C. § 3186 and the Extradition Treaty between United States and Japan. In reaching a decision on whether to issue a surrender warrant in an extradition case, the Department carefully and thoroughly considers all claims submitted by a fugitive.

    As the official responsible for managing the Department's responsibilities in cases of international extradition, I confirm that the decision to surrender the Taylors to Japan complies with applicable international obligations as well as domestic statutes and regulations.

Thank you,

Karen K. Johnson
Assistant Legal Adviser for
Law Enforcement and Intelligence

**EXHIBIT A**