UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>    *Petitioners*,<br><br>    *v.*<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>    *Respondents*. | C.A. No. 4:20-cv-11272-IT |

**PETITIONERS' EMERGENCY MOTION FOR STAY**

Now comes the Petitioners, Michael Taylor and Peter Taylor, and move for an emergency stay of any action to transfer or extradite the Petitioners to Japan to give the Court an opportunity to consider and rule upon the Petition for Writ of Habeas Corpus filed herewith.

In support of this motion, and sworn to under the pains and penalties of perjury, undersigned counsel states as follows:

1.    After 5:00 pm on Wednesday, October 28, 2020, counsel for the Petitioners received correspondence from an Assistant Legal Advisor at the U.S. Department of State that the Deputy Secretary of State had authorized the Petitioners' surrender to Japan pursuant to 18 U.S.C. §1836 and the Extradition Treaty between the United States and Japan.

2.    At 10:00 pm on Wednesday, October 28, 2020, undersigned counsel received an email from a reporter in Japan asking if we could confirm that the Petitioners would be placed on a flight from Boston Logan to Narita Japan *today*, October 29, 2020, at 1:00 pm.

3.    Neither counsel, not the Petitioners, have received any official notification of an intention to transport the Petitioners or place them on a flight as indicated above.  It is unknown

whether this media report is accurate, however, if it is, it is another indication of the manner in which Japanese officials intend to treat this matter and deal with the Petitioners - - by leaking information to media sources to cause prejudice and undo harm to the Petitioners' legal rights.

4. Filed herewith is an Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241. This Court previously heard arguments and entered a ruling on the Petitioners' motion for release during the pendency of the extradition proceedings. However, the Court has not previously received or considered the substantive legal claims contained within the instant Petition, which challenges the arbitrary and capricious actions of the State Department, and the erroneous ruling and certification as to extradition rendered by United States Magistrate Judge Donald Cabell on September 4, 2020.

5. In accordance with 28 U.S.C. §2241, Petitioners, both of whom are U.S. citizens, are alleging that they are being unlawfully held in custody and surrendered to Japan in violation of their rights under the Constitution and laws of this country. They deserve an opportunity to raise these issues with the Court and have them fully and fairly considered.

6. If the media report described above is accurate, it would be outrageous and unreasonable for the Government to transport and surrender the Petitioners to a foreign nation less than 20 hours after they have been informed of the arbitrary and erroneous decision of the State Department.

WHEREFORE, it is respectfully requested that the Court stay any action to transport or surrender the Petitioners and allow time for the Court to consider and decide the issues raised in the accompanying habeas petition.

Dated:  October 29, 2020

Respectfully submitted,

By their attorneys,
*/s/  Paul V. Kelly*
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com


*/s/ Abbe David Lowell (by permission)*
Abbe D. Lowell (*pro hac vice forthcoming*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*

*/s/ Robert Sheketoff*
Robert Sheketoff (BBO# 457340)
One McKinley Square
Boston, MA  02119
Tel. (617) 367-3449
sheketoffr@aol.com

*/s/ Daniel Marino (by permission)*
Daniel Marino (*pro hac vice forthcoming*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice forthcoming*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC  20006
Tel.  202.223.8888

*Counsel for Michael L. Taylor*

3

<u>*/s/James P. Ulwick (by permission)*</u>
James P. Ulwick (*pro hac vice forthcoming*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

4845-2734-3568, v. 1