UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL L. TAYLOR and<br>PETER M. TAYLOR,<br><br>Petitioners,<br><br>v.<br><br>JEROME P. MCDERMOTT, Sheriff,<br>Norfolk County, Massachusetts, and<br>JOHN GIBBONS, United States Marshal,<br>District of Massachusetts,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil No. 4:20-cv-11272-IT |

ORDER

October 29, 2020

TALWANI, D.J.

      Before the court is Petitioners Michael Taylor and Peter Taylor's Emergency Motion for Stay [#48]. Petitioners allege that they received notice after 5:00 p.m. yesterday that the Deputy Secretary of State had authorized the Petitioners' surrender to Japan pursuant to 18 U.S.C. § 1836 and received an email after 10:00 p.m. seeking confirmation that Petitioners would be placed on a flight from Boston to Japan today at 1:00 p.m. Petitioners have filed today an Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [#48]. In order to allow the court time to review the Emergency Petition, any action to transport or surrender the Petitioners is STAYED. Counsel for the Respondents are ORDERED to relay this Order as necessary to ensure that Petitioners are not transported out of the District pending further Order of the court.

      IT IS SO ORDERED.

October 29, 2020

/s/ Indira Talwani
United States District Judge