**EXHIBIT LIST**

| Ex. | Description |
|---|---|
| A | M. Taylor Extradition Request excerpts |
| B | P. Taylor Extradition Request excerpts |
| C | Declaration of William Cleary |
| D | Supplemental Declaration of William Cleary |
| E | Second Supplemental Declaration of William Cleary |
| F | Remarks of Minister of Justice Mori to Legal Committee (3/6/2020) |
| G | Jiji Press, Start of Debate on Escape Prevention Measures (6/15/2020) |
| H | Jomo News, First Meeting to Prevent Escape During Legal Bail (6/15/2020) |
| I | Memo and Petition from the Kelly Family |