# Exhibit G



# Start of debate on escape prevention measures Received Gone defendant case-Legal Affairs Committee

17:51 Jun 15, 2020

   The first meeting of the Criminal Law Subcommittee, a legal council (a consultative body of the Minister of Justice), was held on the 15th to discuss measures to prevent the defendants from escaping on bail. Following the incident of former Nissan Motors President Carlos Ghosn, etc., the establishment of new penalties for the escape and the mandatory installation of Global Positioning System (GPS) equipment on bail are issues to be considered.

   The current criminal law, "flight offenses," targets inmates in prisons. For this reason, it does not apply when in bail such as Ghosn. After the bail, the prison sentence was confirmed and disappeared in order to escape from imprisonment, and the legal court will also consider the application of escape charges in such cases.

   There was a suspicion that a former US Army Special Forces member was involved in the escape of Ghosn, and attendees also pointed out that "it is necessary to consider how to stop the escape of those who use professional groups."

[To list of social articles] [To current affairs dot com top]

New Corona Update     "Kyo-ani" case     Gone Defendant

COMMENT/VIEW

SEE ALL COMMENTS

Feature

| ニュース | スポーツ・五輪 | 写真・動画 | 特集 | エンタメ・AKB48 | 地域 | ライフ | メディカル |

政治　経済　マーケット　社会　国際　ワールドEYE　計報　予定　BWリリース　PRTIMES　アクセスランキング　エクイティ　ENGLISH

2020
6月30日（火）
東京都（東京）
26℃ / 23℃
降水確率：60％

時事ドットコムニュース ＞ 社会 ＞ 逃亡防止策の議論スタート　ゴーン被告事件受け―法制審部会

記事／キーワード　　　　　検索

小　中　大

# 逃亡防止策の議論スタート　ゴーン被告事件受け―法制審部会

2020年06月15日17時51分

　保釈中の被告らの逃亡防止策について話し合う法制審議会（法相の諮問機関）刑事法部会の初会合が15日、開かれた。日産自動車前会長カルロス・ゴーン被告の事件などを受けたもので、逃亡に対する罰則の新設や、保釈の際に全地球測位システム（GPS）機器の装着を義務付けることなどが検討課題になる。

　現行刑法の「逃走罪」は、対象を刑務所などに収容されている受刑者らと定めている。このため、ゴーン被告のような保釈中の場合には適用されない。保釈後に実刑が確定して、収監から逃れるために姿をくらます事件も相次ぎ、法制審はこうしたケースへの逃走罪適用についても検討する。

　ゴーン被告の逃亡には元米陸軍特殊部隊員が関与していた疑いもあり、出席者からは「プロ集団を使う者の逃亡をどう止めるか考える必要がある」との指摘もあった。

【社会記事一覧へ】【時事ドットコムトップへ】

新型コロナ最新情報　　「京アニ」事件　　ゴーン被告

コメントをする／見る

全てのコメントを見る

## 新型コロナウイルス最新情報

感染者数18624人　前日比＋110人
※06月29日現在、クルーズ船客員らを除く

サンデンHDが私的整理　コロナ影響、負債1648億円 （06/30 23:02）

京アニ、採用開始　新型コロナで見合わせ （06/30 22:04）

池江が五輪1年前にメッセージ　国立から世界のアスリートへ （06/30 21:50）

### フォーカス

 ポスト安倍に新展開
 森友自殺妻の胸中
 ジョコビッチが陽性
 一国二制度が瀕死に

 コロナ死者ゼロの奇跡
中国で注目日本の習慣
非白人キャラの声に…
 香港◆台湾に強硬姿勢

 初タイトルへ王手
 渋野◆ダメダメでした
 仙台上空に謎の物体
 目指せ！ブランド化

f　　時事通信のSNS　　🐦

### 読まれています

米、日本支持を鮮明に　日韓紛争「WTOにそぐわず」
国際

香港の民主派団体、解散相次ぐ　黄之鋒氏の「香港衆志」も
国際

琉球朝日、北日本放送に倫理違反　BPO
社会

国内初のコロナワクチン治験　創薬ベンチャー開発―大阪市大病院で開始
社会

泉佐野市が逆転勝訴　除外基準「違法で無効」―ふるさと納税訴訟・最高裁
社会

## 今、あなたにオススメ

国生さゆり（53）愛用「ほうれい線は食卓のアレで一瞬だよ？」9割が知らない方法が…
AD（ヴィワンアークス）

51歳で英語ペラペラ、東大生絶句したYouTube無料chで英会話教室がピンチに
AD（LS Creation）

タバコから乗りかえる人続出!?ニコチン、タール0の「新タバコ」が5000円オフ
AD（株式会社ロックビル）

東京で新たに54人感染　新型コロナ

コロナを機に中国で注目度急上昇の「日本の生活習慣」【洞察☆中国】

JDI、純損失1014億円　6期連続の赤字―20年3月期

第2波戦略、7月中旬に　モデル修正、クラスター対策―大阪府

全嫁が泣いた…！顔の肝斑が多い人は「お風呂であることをしていない」と判明
AD（Health_Up.08 on 美魔女特集 08）

Recommended by

### 特集

人気記事アーカイブ　　　　特集トップ