# Exhibit H

上毛新聞

news | Sports | Special Feature/Series | Life culture | The e

Top > news > National news > society > First meeting to prevent escape during legal bail and bail Application of escape crime an

# First meeting to prevent escape during legal bail and bail Application of escape crime and consideration of GPS attachment

[2020/06/15 17:34]

シェア 0    Tweet 0

　The Ministry of Justice held the first meeting of the Legal Council (Judge of the Minister of Justice) sub-committee, which considers measures to prevent escape of bailed defendants. The agendas include the application of criminal escape crimes to those on bail and the wearing of satellite positioning system (GPS) on the body.

　While the percentage of bail approved by the courts is increasing year by year, defendants' fleeing cases occurred in Kanagawa and Osaka prefectures last year. At the end of the year, former Nissan Motor Chairman Carlos Ghosn fled to Lebanon, and there were growing calls for legislation.

　At the first meeting, it was said that in addition to penalties and GPS mounting, it is necessary to consider measures to prevent flight abroad.

シェア 0    Tweet 0

**Related article**

First policy decision to strengthen measures against sexual crimes, government considers GPS for suspension of execution
[2020/06/11]

Considering GPS installation as a measure against sex crimes Government policy, damage prevention from childhood

# 上毛新聞

北部　　　南部

検索ワードを入力　　検索　　上毛新聞社について

ニュース　スポーツ　特集・連載　ライフ・カルチャー　イベント　写真・動画

トップ ＞ ニュース ＞ 全国ニュース ＞ 社会 ＞ 法制審、保釈中逃走防止へ初会合　逃走罪の適用やＧＰＳ装着検討

## 法制審、保釈中逃走防止へ初会合　逃走罪の適用やＧＰＳ装着検討

[2020/06/15 17:34]

シェア 0　　ツイート　　0

　保釈された被告らの逃走防止策を検討する法制審議会（法相の諮問機関）部会の初会合が１５日、法務省で開かれた。刑務所から逃げた場合などに限られる刑法の逃走罪を保釈中の被告にも適用することや、衛星利用測位システム（ＧＰＳ）の身体装着の是非などが議題に上がった。

　裁判所が保釈を許可する割合が年々上昇する一方、昨年、神奈川県や大阪府などで被告らの逃走事件が発生。年末には前日産自動車会長カルロス・ゴーン被告がレバノンに逃亡し、法改正を求める声が強まっていた。

　初会合では罰則やＧＰＳ装着のほか、海外への逃亡防止策についても検討が必要との意見が出た。

シェア 0　　ツイート　　0

## 関連記事

性犯罪対策強化へ、初の方針決定　政府、執行猶予にもＧＰＳ検討
[2020/06/11]

性犯罪対策でＧＰＳ装着を検討　政府方針、幼少期から被害予防も
[2020/06/10]

路線バス内の車いす固定策検討　国交相、転倒防止策で
[2020/06/24]

弘中弁護士が読売新聞を提訴　ゴーン前会長逃亡巡る記事
[2020/06/30]

「保釈、柔軟に許可を」　裁判延期、日弁連会長声明
[2020/04/16]

| 前の記事へ | 次の記事へ |
| --- | --- |
| 給付金、性風俗を除外は「差別」... | コロナ支援「留学生差別に反対」... |

### 全国ニュース ＞ 社会の記事

乗客にバス運転させる　仙台市営運転手、空き地で
[2020/06/30 22:15]

中１死亡、周囲のからかい判明　全校アンケートで、北海道登別

---

上毛新聞購読お申込み

マーケット速報

### 注目の特集

 高校野球

 視点オピニオン

### 話題の記事

《新型コロナ》男子高校生が感染　高崎在住　所属学級は当面閉鎖

感染は前橋育英高の生徒　新型コロナ 同級生ら42人PCR検査へ

「平地の3県境」荒らされる　ベンチなど壊されスタンプ盗難被害

《いにしえを巡る　太田の古墳》天神山古墳（群馬県太田市内ケ島町）　吉永小百合さんCMにも

《ぐんま 看板娘がおもてなし in 伊勢崎》女優・歌手 田村芽実さん　レトロな銘仙 息づく

関与の女性を書類送検　安中の重文・碓氷第17隧道落書き事件

噴煙の浅間山　さながら原始の姿

Bリーグ2部のサンダーズ　新社長に阿久沢毅氏　異分野での挑戦