**EXHIBIT LIST**

| Ex. | Description |
|-----|-------------|
| A | M. Taylor Extradition Request excerpts (Dkt 57-2) |
| B | P. Taylor Extradition Request excerpts (Dkt 57-3) |
| C | Declaration of William Cleary (Dkt 57-4) |
| D | Supplemental Declaration of William Cleary (Dkt 57-5) |
| E | Second Supplemental Declaration of William Cleary (Dkt 57-6) |
| F | Remarks of Minister of Justice Mori to Legal Committee (3/6/2020) (Dkt 57-7) |
| G | Jiji Press, Start of Debate on Escape Prevention Measures (6/15/2020) (Dkt 57-8) |
| H | Jomo News, First Meeting to Prevent Escape During Legal Bail (6/15/2020) (Dkt 57-9) |
| I | Memo and Petition from the Kelly Family (Dkt 57-10) |
| J | September 4, 2020 Extradition Certification and Order of Commitment |
| K | September 14, 2020 Certification of Michael L. Taylor and Committal for Extradition |
| L | September 14, 2020 Certification of Michael L. Taylor and Committal for Extradition |
| M | September 8, 2020 Taylor Submission to Hon. Mike Pompeo (with exhibits thereto) |
| N | Robert Burnson, Bloomberg Law, *Ghosn Alleged Escape Accomplices Deny Committing a Crime* (June 9, 2020), *available at* https://bit.ly/30POwWr |
| O | Kaku Imamura, et al. (signed by 1,010 professionals), Human Rights Watch, *Call to Eliminate Japan's "Hostage Justice" System by Japanese Legal Professionals* (April 10, 2019), *available at* https://bit.ly/3iFGeXv |
| P | Yuri Kageyama, AP News, *Fugitive Ghosn brings global attention to Japanese justice* (Jan. 9, 2020), *available at* https://bit.ly/3kGUiS4 |
| Q | Rupert Wingfield-Hayes, BBC News, Tokyo, *Carlos Ghosn and Japan's 'hostage justice' system* (Dec. 31, 2019), *available at* https://bbc.in/33VyQCT |
| R | Japan Ministry of Justice, *Frequently Asked Questions on the Japanese Criminal Justice System* (last accessed Nov. 6, 2020), *available at* https://bit.ly/2FdiyLq |
| S | United Nations Committee Against Torture, *Concluding Observations on the Second Periodic Report of Japan, Adopted by the Committee at its Fiftieth Session* (May 31, 2013), available at: https://bit.ly/3iHbEMP |
| T | Amnesty International, *Amnesty International Report 2014/15 – Japan* (Feb. 25, 2015), available at https://bit.ly/3iAEMpg |
| U | Simon Denyer, Liz Sly and Asser Khattab, The Washington Post, *Carlos Ghosn complains of 'corrupt,' 'inhumane' justice system in Japan in first public appearance since escape* (Jan. 8, 2020), *available at* https://www.washingtonpost.com/world/carlos-ghosn-set-to-address-media-as-his-lawyers-attack-nissan-for-perversion-of-truth/2020/01/08/d58cc948-3178-11ea-971b-43bec3ff9860_story.html |
| V | Yuri Kageyama, Associated Press, *Ghosn faced 7 hours a day of questioning in Japan: lawyer* (Jan. 12, 2020), *available at* https://www.foxbusiness.com/money/ghosn-7-hours-a-day-questioning-japan-lawyer |
| W | Kiyoshi Takenaka & Mari Saito, Reuters, *Austere Japan detention quarters contrast with Ghosn's globe-trotting lifestyle* (Nov. 22, 2018), *available at* https://www.reuters.com/article/us-nissan-ghosn-detention/austere-japan-detention-quarters-contrast-with-ghosns-globe-trotting-lifestyle-idUSKCN1NR1CY?feedType=RSS&feedName=businessNews |

| X | Kyodo News, *Macron repeatedly told Abe he saw Ghosn's treatment as unsatisfactory* (Jan. 16, 2020), *available at* https://english.kyodonews.net/news/2020/01/4c5619c8b4b4-macron-repeatedly-asked-abe-to-improve-treatment-of-carlos-ghosn.html |
|---|---|
| Y | Sen. Roger Wicker, Sen. Lamar Alexander & Sen. Marsha Blackburn, *Greg Kelly: U.S. Hostage of Japanese Justice* (March 10, 2020), available at https://bit.ly/2PMWzgp |
| Z | Chester Dawson, The Japan Times, *Ex-Nissan exec Greg Kelly fears odds of fair trial slimmer after Ghosn's flight* (Jan 4, 2020), available at https://bit.ly/30Q9tRa |
| AA | Kelly Petition to U.S. Dep't of State, available at https://bit.ly/2XX0ID7 |
| BB | The Detroit News, *Emails: Ghosn takedown motivated by effort to stop Nissan, Renault integration* (June 16, 2020), available at https://bit.ly/2DXp1tv |