# Exhibit V

By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

Login    Watch TV

NISSAN ·  Published January 12

# Ghosn faced 7 hours a day of questioning in Japan: lawyer

The questioning continued through weekends, Thanksgiving and Christmas, the lawyer said

**Associated Press**

**Ghosn needs 'to look over his shoulder': Judge Andrew Napolitano**

Fox News senior legal analyst Judge Andrew Napolitano says former chairman and CEO of Renault Carlos Ghosn will most likely stay in Lebanon and spend a lot of money to protect himself.

By YURI KAGEYAMA AP Business Writer

TOKYO (AP) — A lawyer for former Nissan Chairman Carlos Ghosn, who fled to Lebanon while awaiting trial in Japan, said his client was questioned an average of seven hours a day without a lawyer present.

Takashi Takano said in a blog post Saturday the questioning continued through weekends, Thanksgiving and Christmas.

Takano has said he told Ghosn he couldn't expect a fair trial in Japan, but his chances of winning were good because the evidence against him was so weak.

Japan's judicial system has come under fire over Ghosn's case. Critics have for years said the prolonged detentions tend to coerce false confessions. Suspects can be detained even without any charges.

Case 4:20-cv-11272-IT   Document 59-14   Filed 11/06/20   Page 3 of 7

**CARLOS AND CAROLE GHOSN SPEAK OUT TOGETHER FOR FIRST TIME SINCE BEING REUNITED**

Japanese prosecutors and Justice Minister Masako Mori have repeatedly defended the nation's system as upholding human rights, noting Japan boasts a low crime rate. Mori said the system follows appropriate procedures under Japanese law, stressing that every culture is different.

Takano said he recently looked at prosecutors' data and Ghosn's notes to tally the hours of questioning for 70 of the days Ghosn was detained. On three days, Ghosn had been questioned for some 11 hours, according to Takano's tally.

Ghosn was detained under two separate arrests for 130 days. He has been charged with underreporting his future compensation and of breach of trust in diverting Nissan Motor Co. money for alleged personal gain.

**GET FOX BUSINESS ON THE GO BY CLICKING HERE**

In a news conference in Beirut lasting more than two hours, Ghosn reasserted his innocence, and accused Nissan and Japanese government officials of plotting his removal.

Ghosn, who led Nissan for two decades, has said the compensation was never decided, and the payments were for legitimate business.

**CLICK HERE TO READ MORE ON FOX BUSINESS**

Much of his news conference was devoted to criticizing Japanese justice as rigged and harsh. He said he had been grilled without a lawyer present while held in solitary confinement. He advised all foreigners to leave.

**Conversation** 46 Comments

What do you think?

Sort by **Best**

**cazziedawg**
12 January, 2020

I worked for Nissan for 18 years. Ghosn took a company on the brink of bankruptcy and turned Nissan/Renault into the number 3 automaker in the world. Moreover Nissan became the most profitable carmaker in the world.  Carlos Ghosn is a genius. He did the right thing by fleeing Japan.

Reply   👍 15   👎

**OliveBucket**
12 January, 2020

This story really points out how remarkable the USA is.
We have something other countries don't; the Constitution and more specifically the Bill of Rights.
Example?  Right to free speech. England doesn't have it. Australia doesn't have it.
And yet we are doing our best to destroy and eliminate those rights.
America. Wake up.

Reply   👍 11   👎

**revwalkingturtle513** > OliveBucket
12 January, 2020

Um, who's this "WE", Kemo Sabe?

Suggestion:  Look into an ancient American document called the "Great Law of Peace" or sometimes the "Iroquois Constitution" when online and at loose ends, if you like.  A copy of /that/ document was gifted to General Washington, written in nut-gall ink on birch bark, as a gift of friendship and Wisdom.

IMVHO the ORIGINAL contains all the First Principles needed to assure long life and prosperous trade for its adherents.  Add the explicitly-worded and well-known Bill of Rights and the resulting Conceptual Map goes from the top to the bottom of the entire matter.  (VERY SMART.)

Yours Truly fights to keep THAT alive.  PLUS its more recent derivative.  Because they are SMART.  And that is all.  0{:-)o[

Reply   👍 1   👎 1

Show 1 more replies ⌄

**Tru2form**
12 January, 2020

If you have never been present in a Japanese business meeting you can't imagine how brutal it can be. They use the book "The Art Of War" as a teaching tool. I cannot imagine what it would be like being held for interrogation in Japan.

Reply 👍 8 👎

**Jack926** › Tru2form
12 January, 2020

Confucius? I presume if they use it, it wouldn't be just one title… I mean, if the educational level so low, I don't think they'd have 3 rd largest economy.
and probably you never read the book, apple bookstore offers English title for free, should read it rather than not. And then come back. Oh wait, you want everyone to read "Art Of Deal" don't you? lol

Reply 👍 👎 2

Show 1 more replies ⌄

**texgeekdude**
12 January, 2020

Japan is a racist society. They consider non-Japanese to be devils and have term for that (I forget the exact term). A colleague of mine was riding in an elevator in a hotel there, and a mother holding her kid in her arms got on. The little kid pointed at my colleague and called him that term. The mom shushed up her kid.

Reply 👍 14 👎

**Tru2form** › texgeekdude
12 January, 2020

Sounds like Mexico, England, Africa, Saudi Arabia. Canada, California (LOL),etc. wherever.

Reply 👍 3 👎 2

**efffewe671** › texgeekdude
12 January, 2020

Gaijin

Reply 👍 13 👎

Show 1 more replies ⌄

**efffewe671**
12 January, 2020

I believe Ghosen for the fact that the freest country in the world's legal system as been exposed as corrupt and full of illegal acts against its citizens……with no one being indicted after years of knowing the crimes. If that's happening in America, it has to be present in all other governments and probably worse.

Reply 👍 5 👎 1

**OliveBucket** › efffewe671
12 January, 2020

"If that's happening in America"
What are you talking about? This is about Japan!!!

Reply 👍 2 👎 2

**foxtex**

12 January, 2020

Under reporting his future compensation?

Wouldn't we have to wait awhile to see if he was accurate or not?

Reply  👍 3  👎

---

**FakeJapan**
12 January, 2020

Mr. Ghosn is correct on his statement about Japan's legal system.  You are guilty and cannot prove your innocents.  The facts are whatever the Japanese prosecution says they are and not based on facts that a reasonable man would assume what facts and truths are.   With a 99.7% conviction rate, not because Japanese system is good but because it is rigged, that is why I call Japanese lawyers - Losers!  You will not win so no reason to waste your money getting a lawyer.   Just say you are sorry and you many be let out a third faster than fighting the system.

Reply  👍 5  👎 1

---

**milano30man**
12 January, 2020

Lesson learned, don't work for Japan as a corporate leader. Failed CEO's rarely make it out of Japan in one piece or without going to jail. Many families are prosecuted as well.

Reply  👍 3  👎 1

> **Jack926** > milano30man
> 12 January, 2020
>
> Where did you get that nonsense? Mistaking with China?
> wait. Hold on.  All those slanted eyes look the same syndrome.  lol
>
> Reply  👍 1  👎 7

---

**L0VE_IT_0R_LEAVE_IT**
12 January, 2020

Well, that's because Japan doesn't celebrate Thanksgiving or Christmas.  Just another work day to them.

Reply  👍 3  👎

---

**FakeJapan**
12 January, 2020

If you remember the movie with Richard Gere caught in the Chinese legal system, Japan is worse.  Doesn't matter if you did it or not, you have someone who is against you and has some clout in Japan, you are toast.

Reply  👍 3  👎

> **sukebe562** > FakeJapan
> 12 January, 2020
>
> Cronyism is a way of business in Japan.  But, it's cute, compared to what goes down in the U.S.

11/6/2020
Ghosn faced 7 hours a day of questioning: Japan lawyer | Fox Business
Case 4:20-cv-11272-IT Document 59-14 Filed 11/06/20 Page 7 of 7

Reply 👍 1 👎 2

**Show More Comments**

Powered by ✴ OpenWeb  Terms  |  Privacy  |  Feedback

Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.

This material may not be published, broadcast, rewritten, or redistributed. ©2020 FOX News Network, LLC. All rights reserved. FAQ - Updated Privacy Policy