# Exhibit W

 World Business Markets Breakingviews Video More  



AUTOS

NOVEMBER 22, 2018 / 7:37 AM / UPDATED 2 YEARS AGO

# Austere Japan detention quarters contrast with Ghosn's globe-trotting lifestyle

By Kiyoshi Takenaka, Mari Saito 

TOKYO (Reuters) - Japanese prosecutors have confirmed that Nissan's arrested chairman, Carlos Ghosn, is being held in the spartan Tokyo Detention Center, its many rules and restrictions making for a stark contrast with his comfortable, globe-trotting lifestyle.



A typical room for a single-person is seen inside Tokyo Detention Center in Tokyo, Japan, in this photo taken by Kyodo June 7, 2018. Picture taken June 7, 2018. Mandatory credit Kyodo/via REUTERS

Ghosn is most probably being held in a small 4.8-sq-m (52-sq-ft) room with a toilet at one end, say experts familiar with the facility.

Many of its rooms have traditional straw tatami mats and a futon to sleep in. Others are Western-style with beds, said a Reuters reporter who has visited there.

Detainees are allowed to shower on set days, although not every day, said Hideto Ninomiya, a criminal defense lawyer who last visited three months ago.

Rooms lack heaters, for fear of detainees hurting themselves, and have no televisions or radios, he said. Suspects also do not have access to laptops and cell phones.

"It doesn't need to be comfortable because it's not a hotel," said Yasuyuki Deguchi, a professor at Tokyo Future University. "But it's neat, hygienic and tidy."

ADVERTISEMENT

Belts and neckties, as well as long-legged underwear, are prohibited, so as to foil suicide attempts, said Tsutomu Nakamura, a former prosecutor in Tokyo, the capital.

The centre "is pretty cold at this time of year," internet entrepreneur and convicted fraudster Takafumi Horie told his followers on social network Twitter.

Ghosn was arrested on Monday and has not been formally charged. Japanese law permits the detention of suspects for up to 23 days before they are charged.

Nissan Motor Co., whose chief executive Ghosn was until 2017, accuses him of using company money for personal purposes and conspiring with board member Greg Kelly, who was also arrested, to under-report Ghosn's income over five years from 2010.

Ghosn has not commented on the accusations and Reuters has not been able to reach him.

"EVERYONE TREATED THE SAME"

The detention center, a tower-like structure in the eastern part of Tokyo, is where the leader of the Aum Shinrikyo doomsday cult, which carried out a 1995 sarin gas attack on Tokyo subways, was executed by hanging this year.



Nakamura dismissed rumors that Ghosn was being held in a special VIP room, adding, "Everyone is treated in the same way, even a prime minister."

The food on offer tends to be bento-type meals with little variety, Ninomiya added. Detainees are restricted from sleeping during the day, said the Reuters reporter who visited.

Detainees can have money deposited in their accounts to buy additional food and toiletries from the commissary. Family members can also send food items, books, magazines and clothing.

ADVERTISEMENT



PAID FOR AND POSTED BY CME GROUP

Manage Risk

When it's time to take action, CME Group delivers essential risk management tools.

Learn More ›

The facility accommodates many foreign detainees and is equipped to cope with different languages, Deguchi said.

"Being a foreigner does not mean you are at a disadvantage there," he said. "People working there are used to foreign detainees."

Visits by family and friends are limited to 15 minutes once a day. It was not immediately clear how much time detainees are allowed to meet lawyers.

When visiting detained clients, Ninomiya meets them in a room and speaks to them through a glass window. Some wear their own clothes and others wear gray a sweatshirt and sweatpants supplied by the facility, he said.

"They're usually in shock and say it's particularly hard to be in a private room because they can't talk to anyone," Ninomiya said.

The experience is particularly hard "for elites caught up in financial crimes," he added. "They can't stand it and it makes them want to confess."

Reporting by Kiyoshi Takenaka, Mari Saito and Tim Kelly; Writing by Malcolm Foster; Editing by Clarence Fernandez

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS



PAID PROMOTIONAL LINKS    Promoted by Dianomi



Motley Fool Issues Rare "All In" Buy Alert
The Motley Fool



Why Supply Chains, Manufacturing and Jobs Are Coming Back Home
From Merrill



My #1 Rule: Don't Buy Options
Investing Daily



The Man Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research



He Made $2.8 Million Trading On His Lunch Break
RagingBull

## MORE FROM REUTERS



**Biden edges closer to White House win as Trump mounts legal challenge**
05 Nov



**Fact check: Clip of Biden taken out of context to portray him as…**
29 Oct



**U.S. Postal Service says 1,700 ballots found in Pennsylvania…**
06 Nov



**How billionaire Jack Ma fell to earth and took Ant's mega IPO…**
05 Nov



**Twitter flags Trump election tweet as disputed and possibly misleading**
05 Nov

## MORE FROM REUTERS



**Trump campaign loses lawsuit seeking to halt Michigan vote count**
05 Nov



**Amazon launches regional hub in Europe for air cargo**
05 Nov



**How billionaire Jack Ma fell to earth and took Ant's mega IPO...**
05 Nov



**Climate activist Thunberg hits back at Trump over anger management...**
06 Nov



**Explainer: What might happen if U.S. election result is disputed?**
04 Nov

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

https://www.reuters.com/article/us-nissan-ghosn-detention/austere-japan-detention-quarters-contrast-with-ghosns-globe-trotting-lifestyle-idUSKCN1… 11/11