UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and <br> PETER M. TAYLOR, <br>  *Petitioners*, <br><br>  *v.* <br><br> JEROME P. MCDERMOTT, <br> Sheriff, Norfolk County, Massachusetts <br> and JOHN GIBBONS, <br> U.S. Marshal, District of Massachusetts, <br>  *Respondents*. | ) <br> ) <br> ) <br> ) <br> )   Case No. 1:20-cv-11272 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONDENTS' SUPPLEMENTAL EXHIBIT IN OPPOSITION TO PETITIONERS' EMERGENCY MOTION FOR STAY AND RESPONSE TO SECOND EMERGENCY PETITION FOR HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND INJUNCTIVE RELIEF**

Respondents, Jerome P. McDermott, Sheriff, Norfolk County, Massachusetts, and John Gibbons, U.S. Marshal, District of Massachusetts, through their undersigned counsel, hereby file the Declaration of Deputy Secretary of State Stephen E. Biegun as Exhibit 6 to their Opposition to Petitioners' Emergency Motion to Stay (DE 48) and Response to Petitioners' Second Petition for Writ of Habeas Corpus (DE 47).

Date: November 10, 2020

                  Respectfully submitted,

                  ANDREW E. LELLING
                  United States Attorney

      By:  */s/ Stephen W. Hassink*
           Stephen W. Hassink
           Assistant United States Attorney

           */s/ Philip A. Mirrer-Singer*
           Philip A. Mirrer-Singer
           Trial Attorney

## **CERTIFICATE OF SERVICE**

      I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that on November 10, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

                                                                         */s/ Stephen W. Hassink*
                                                                         Stephen W. Hassink
                                                                         Assistant U.S. Attorney