# EXHIBIT 6

## DECLARATION OF STEPHEN E. BIEGUN

I, Stephen E. Biegun, Deputy Secretary of State, hereby declare as follows:

1. This declaration relates to the request from the Government of Japan for the surrender of Michael L. Taylor and Peter Maxwell Taylor, which has been authorized pursuant to 18 U.S.C. 3186.

2. As a party to the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (the "Convention"), the United States has an obligation not to extradite a person to a country "where there are substantial grounds for believing that he would be in danger of being subjected to torture." Pursuant to statute, the Secretary of State (or an official exercising delegated authority) is the official responsible for determining whether to surrender a fugitive for extradition to a foreign country. 18 U.S.C. 3184 and 3186, and, pursuant to regulations that implement the Convention, "the Department considers the question of whether a person facing extradition from the U.S. 'is more likely than not' to be tortured in the State requesting extradition when appropriate in making this determination." 22 C.F.R. 95.2. "Decisions on extradition are presented to the Secretary only after a fugitive has been found extraditable by a United States judicial officer. In each case where allegations relating to torture are made or the issue is otherwise brought to the Department's attention, appropriate policy and legal offices review and analyze information relevant to the case in preparing a recommendation to the Secretary as to whether or not to sign the surrender warrant." 22 C.F.R. 95.3. For purposes of this regulation, the term "Secretary" is defined to mean the Secretary of State and the Deputy Secretary of State. 22 C.F.R. 95.1(d).

3. In accordance with the Convention and the procedure set forth in State Department regulations, I have determined that the surrender of Michael L. Taylor and Peter Maxwell Taylor for extradition will not more likely than not result in their being tortured in Japan and, therefore, that their surrender complies with U.S. obligations under the Convention.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this 10th day of November, 2020, in Washington, D.C.

Deputy Secretary of State of the United States