UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>    *Petitioners*,<br><br>                    *v.*<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>    *Respondents*. | Case No. 4:20-cv-11272-IT |

**PETITIONERS' NOTICE OF FILING SUPPLEMENTAL DECLARATIONS AND EXHIBITS IN SUPPORT OF VERIFIED SECOND EMERGENCY PETITION FOR HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND INJUNCTIVE RELIEF**

Petitioners Michael and Peter Taylor, through the undersigned counsel, hereby file the following Exhibits CC through HH supplementing Exhibits A through BB previously submitted in conjunction with Petitioners' Memorandum in Support of Verified Second Emergency Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Injunctive Relief (Dkts. 57 & 59).

The supplemental materials include the following:

- Exhibit CC, a declaration from Carlos Ghosn Bichara attesting to the conditions and treatment he experienced while detained by Japan for approximately five months from November 2018 to April 2019;

- Exhibit DD, a declaration from Scott McIntyre, an Australian, attesting to similar treatment and conditions he experienced while detained by Japan from November 2019 until January 2020;

- Exhibits EE and FF, news articles regarding the recent increase in COVID-19 cases in Japan, the latter of which reports data specific to Tokyo of 269 new cases resulting from 1,769 tests on November 2, 2020.  This equates to a positivity rate of 15.2%--six to seven times higher than the most recent 7-Day Average Positivity of 2.35% reported by the Massachusetts Department of Public Heath (Exhibit GG); and

- Exhibit HH, a letter from Human Rights Watch to the Japanese Justice Minister from April 2020 noting the susceptibility of Japanese prisons to COVID-19 and the lack of sufficient staffing of medical professionals to adequately identify, test, treat and quarantine prisoners, detainees and staff infected with COVDID-19.

Dated:  November 10, 2020

Respectfully submitted,

By their attorneys,

*/s/ Tillman J. Finley*
Daniel Marino (*pro hac vice*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC  20006
Tel.  202.223.8888

*Counsel for Michael L. Taylor*


*/s/ Paul V. Kelly (by permission)*
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com

*/s/ Abbe David Lowell (by permission)*
Abbe D. Lowell (*pro hac vice*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*

*/s/James P. Ulwick (by permission)*
James P. Ulwick (*pro hac vice*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## **CERTIFICATE OF SERVICE**

I, Tillman J. Finley, counsel for Petitioner Michael Taylor, hereby certify that on November 10, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

*/s/ Tillman J. Finley*
Tillman J. Finley
