UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>*Petitioners*,<br><br>*v.*<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>*Respondents*. | Case No. 4:20-cv-11272-IT |

**RESPONSE TO RESPONDENTS' SUPPLEMENTAL EXHIBIT (DKT. 60)**

While Petitioners Michael and Peter Taylor maintain that substantive review of the Deputy Secretary of State's asserted torture determination in this case is both necessary and appropriate (especially in light of the declarations, reports, articles and other materials attesting to Japan's treatment of detainees which Petitioners have submitted), we note that the Declaration of Stephen E. Biegun submitted by the Government (Dkt. 60-1) does not state whether "appropriate policy and legal offices review[ed] and analyze[d]" information relevant to" the Taylors case and "prepare[d] a recommendation to the Secretary as to whether or not to sign the surrender warrant," as required by 22 C.F.R. § 95.3(b).  While the declaration acknowledges these legal requirements, Mr. Beigun does not state whether the Department of State actually complied with those obligations in this case.  Accordingly, the declaration would not meet even the limited requirements set forth by the majority opinion in *Trinidad y Garcia v. Thomas*, 683 F.3d 952 (9th Cir. 2012).

Dated:  November 13, 2020               Respectfully submitted,

By their attorneys,

*/s/ Paul V. Kelly*
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com


*/s/ Abbe David Lowell (by permission)*
Abbe D. Lowell (*pro hac vice*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*


*/s/ Daniel Marino (by permission)*
Daniel Marino (*pro hac vice*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC  20006
Tel.  202.223.8888

*Counsel for Michael L. Taylor*

*/s/James P. Ulwick (by permission)*
James P. Ulwick (*pro hac vice*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## **CERTIFICATE OF SERVICE**

I, Paul V. Kelly, counsel for Petitioners Michael and Peter Taylor, hereby certify that on November 13, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

*/s/ Paul V. Kelly*
Paul V. Kelly