# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston MA 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

December 18, 2020

Honorable Indira Talwani
United States District Judge
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

      Re:    Taylor, et al. v. McDermott, et al.
                **Case No. 4:20-cv-11272-IT**

Dear Judge Talwani:

      I am writing to advise you that in light of the filing today by the Government, and its acknowledgement of a significant factual error by Japan, the defense intends to file a motion for reconsideration of the probable cause finding by Magistrate Judge Cabell as to Peter Taylor (Case No. 20-mj-1070-DLC; ECF No. 54).  It is our understanding that once the Government receives formal notification of this important development, it intends to file an official notice on the ECF docket.  Once that notice is filed, our intention is to promptly file the above-described motion.

      We are providing this courtesy notice to the Court since we understand and appreciate that there are pending matters before Your Honor which could be impacted by these developments and the forthcoming filings by the parties.

      Very truly yours,

      JACKSON LEWIS P.C.

      */s/ Paul V. Kelly*

      Paul V. Kelly

4821-0018-0692, v. 1