UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>    *Petitioners*,<br><br>             *v.*<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>    *Respondents*. | Case No. 4:20-cv-11272-IT |

**PETITIONERS' CERTIFICATION PURSUANT TO LOCAL RULE 7.1 RELATIVE TO MOTION FOR TEMPORARY STAY OF HABEAS PROCEEDING (ECF NO. 68)**

Petitioners Michael and Peter Taylor, by and through the undersigned counsel, hereby certify that they have conferred with counsel for the Government in connection with the previously filed motion requesting to temporarily stay the pending habeas petition before this Court and to remand this matter to U.S. Magistrate Judge Donald Cabell to permit the Magistrate Judge to review and consider the Motion for Reconsideration filed on December 28, 2020.

Dated:  December 29, 2020

Respectfully submitted,

By their attorneys,

*/s/ Tillman J. Finley*
Daniel Marino (*pro hac vice*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC  20006
Tel.  202.223.8888

*Counsel for Michael L. Taylor*

2

/s/ Paul V. Kelly
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com

/s/ Abbe David Lowell
Abbe D. Lowell (*pro hac vice*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*

/s/James P. Ulwick
James P. Ulwick (*pro hac vice*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## CERTIFICATE OF SERVICE

I, Tillman J. Finley, counsel for Petitioner Michael Taylor, hereby certify that on December 29, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

/s/ Paul V. Kelly
Paul V. Kelly

4851-0006-7285, v. 1