UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>*Petitioners*,<br><br>*v.*<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>*Respondents.* | Case No. 4:20-cv-11272-IT |

**PETITIONERS' MOTION FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF MOTION FOR TEMPORARY STAY OF HABEAS PROCEEDING
AND FOR REMAND TO EXTRADITION MAGISTRATE**

Petitioners Michael and Peter Taylor, by and through undersigned counsel, hereby seek leave of court to file a short reply brief (with exhibits) in support of the pending motion for a temporary stay of the pending habeas proceeding and for remand of this matter to U.S. Magistrate Judge Donald Cabell to permit him to review and consider the Motion for Reconsideration filed on December 28, 2020. The Government has stressed in its opposition that Peter Taylor has never "provided any explanatory evidence on the subject" of the hotel room key. ECF No.70, at pg. 3. The Petitioners wish to respond and specifically address this important issue and its relevance to the larger probable cause finding - - which was raised by the Government in its December 17, 2020 letter to the Court. ECF No. 65.

The undersigned contacted Assistant U.S. Attorney Stephen Hassink regarding the filing of this motion pursuant to Local Rule 7.1, however he was unwilling to provide his assent.

*Dated:  January 5, 2021*                           Respectfully submitted,

By their attorneys,

*/s/ Paul V. Kelly*
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com


*/s/ Tillman J. Finley*
Daniel Marino (*pro hac vice*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC  20006
Tel.  202.223.8888

*Counsel for Michael L. Taylor*


*/s/ Abbe David Lowell*
Abbe D. Lowell (*pro hac vice*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*

/s/James P. Ulwick_____
James P. Ulwick (*pro hac vice*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD 21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## CERTIFICATE OF SERVICE

I, Tillman J. Finley, counsel for Petitioner Michael Taylor, hereby certify that on January 5, 2021, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

/s/ Paul V. Kelly_____
Paul V. Kelly

4846-4947-7334, v. 1

3