UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>  *Petitioners*,<br><br>    *v.*<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>  *Respondents*. | Case No. 4:20-cv-11272-IT |

**PETITIONERS' NOTICE OF SUPPLEMENT TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR TEMPORARY STAY OF HABEAS PROCEEDING AND FOR REMAND TO EXTRADITION MAGISTRATE**

Petitioners Michael and Peter Taylor, through the undersigned counsel, hereby supplement their pending Motion for Leave to File Reply Brief (Dkt. 71) to attach the proposed reply brief we seek leave to file. The reply brief and its exhibits are appended hereto. Petitioners' reply brief responds to the arguments advanced by the Government in its Opposition (Dkt. 70) and provides further information and evidence bearing upon these issues.

The reply brief also addresses Magistrate Judge Donald Cabell's January 15, 2021 Electronic Order, of which the Government previously provided notice. (Dkt. 74.) As detailed in the proposed reply, Judge Cabell's finding that there is "probable cause to believe that [Peter Taylor] assisted in the planning, financing, and execution of Ghosn's escape as alleged" (Dkt. 74-1) is not relevant to the issue at hand because the charge for which extradition is sought is not, and could not be, a charge of conspiracy to violate Article 103 of the Japanese Penal Code because such an offense is not within the group of crimes the planning of and preparation for Japanese law

prohibits. Accordingly, despite Judge Cabell's January 15, 2021 decision, the question of the sufficiency of the factual basis for the probable cause determination as to Peter Taylor (even if Article 103 properly applies to the alleged facts in this case, which Petitioners continue to maintain it does not) remains to be addressed and Peter Taylor has filed a motion with Judge Cabell seeking further reconsideration.

Dated: January 19, 2021

Respectfully submitted,

By their attorneys,

*/s/ Paul V. Kelly*
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA 02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com

*/s/ Abbe David Lowell*
Abbe D. Lowell (*pro hac vice*)
Christopher D. Man
Zachary B. Cohen
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
Tel. (202) 282-5875
adlowell@winston.com

*Counsel for Michael and Peter Taylor*

*/s/ Tillman J. Finley*
Daniel Marino (*pro hac vice*)
dmarino@marinofinley.com
Tillman J. Finley (*pro hac vice*)
tfinley@marinofinley.com
MARINO FINLEY LLP
800 Connecticut Avenue, N.W., Suite 300
Washington, DC 20006
Tel. 202.223.8888

*Counsel for Michael L. Taylor*

2

*/s/James P. Ulwick*_____
James P. Ulwick (*pro hac vice*)
KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## **CERTIFICATE OF SERVICE**

      I, Paul V. Kelly, counsel for Petitioners Michael and Peter Taylor, hereby certify that on January 19, 2021, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

                                              */s/ Paul V. Kelly*
                                              Paul V. Kelly