UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL L. TAYLOR and PETER M. TAYLOR,<br><br>*Petitioners*,<br><br>v.<br><br>JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts, and JOHN GIBBONS, United States Marshal, District of Massachusetts,<br><br>*Respondents*. | Case No. 4:20-cv-11272-IT |

**PETITIONERS' NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT OF VERIFIED SECOND EMERGENCY PETITION FOR HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND INJUNCTIVE RELIEF**

Petitioners Michael and Peter Taylor, through the undersigned counsel, hereby file the following Exhibits KK and LL supplementing Exhibits A through JJ previously submitted in conjunction with Petitioners' Memorandum in Support of Verified Second Emergency Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Injunctive Relief (Dkts. 57, 59, 61 & 63).

Specifically, Exhibit KK is a statement by Senator Roger Wicker made before the United States Senate on September 30, 2020, which can be found at 166 Cong. Rec. S5899, 5921 (daily ed. Sept. 30, 2020).  Senator Wicker's statement expresses concern regarding Japan's detention and treatment of U.S. citizen Greg Kelly, an alleged accomplice of former Nissan CEO Carlos Ghosn Bichara.  Senator Wicker states that Mr. Kelly "was treated with cruelty by Japanese authorities from day one," describing how Mr. Kelly was kept in solitary confinement for 34 days in an unheated cell where he was forced to sleep on the floor.  (Exh. KK.)  Senator Wicker also details how Mr. Kelly was interrogated for multiple hours on a daily basis without the benefit of

defense counsel. (*Id.*) Further, Senator Wicker confirms that Mr. Kelly's "requests for medical attention were refused. When [Japanese authorities] did eventually allow him to get surgery, it was too late to do much good, and, predictably, Greg Kelly's physical condition got worse." (*Id.*)

Senator Wicker's statement also expresses concern regarding the unjust circumstances of Mr. Kelly's trial in Japan, which did not begin until more than 650 days after his arrest. (Exh. KK.) At the opening of the trial, "the court allowed prosecutors to give a 6-hour presentation …, with there being no simultaneous English translation," and the court did not allow Mr. Kelly's defense team to give a similar presentation. (*Id.*) Senator Wicker continued:

> The proceedings have been incredibly slow and will continue to be incredibly slow. The trial is expected to last more than a year because Japanese rules allow the prosecutors to meet at the trial for only 6 days per month and also because the court refused to allow simultaneous English translation at the trial.

(*Id.*) In summary, Senator Wicker questions Japan's adherence to the basic rule of law, and states that Mr. Kelly is a victim of the Japanese hostage justice system, which is "unfair, harsh, and arbitrary." (*Id.*) Mr. Kelly's experience, as lamented by Senator Wicker, further supports the Taylors' contention that their extradition to Japan would violate the CAT and the U.S. laws implementing it.

Exhibit LL is a video recording of Senator Wicker delivering the statement described above. This video was uploaded to the online platform YouTube by Senator Wicker's office and titled "U.S. Senator Roger Wicker Expresses Concern With Japan's Treatment of American Citizen Greg Kelly." An MP4 file of this video is being submitted to the Court as an exhibit, and the video is also available at https://www.youtube.com/watch?v=0E-fc5noazk.

Exhibits KK and LL reflect further additions to the large body of evidence that supports the Taylors' contention that Japan would subject them to harsh treatment and conditions of confinement, interrogation, and torture in violation of CAT and the U.S. laws implementing it.

The body of evidence in support of the Taylors' position now includes, *inter alia*, specific findings by a United Nations working group, sworn declarations by individuals who themselves have experienced Japan's treatment of prisoners and detainees, statements by a sitting U.S. Senator on the Senate floor, and a statement by a former Japanese senator.

For the convenience of the Court, please find below a table showing where this evidence can be found in the record in addition to Exhibits KK and LL.

| **Description of Document** | **Docket No.** |
|---|---|
| Memo and Petition of the Kelly Family (describing the torture of Greg Kelly under Japanese confinement) | 57-10 |
| September 8, 2020 Taylor Submission to Hon. Mike Pompeo (with exhibits thereto) (detailing the likelihood of torture in Japanese confinement; *see* Exh. 36, email from Tadashi Inuzuka, former Japanese senator, to the office of U.S. Senator Roger Wicker explaining the injustice of the hostage justice system) | 59-5 |
| Kaku Imamura, et al., Human Rights Watch, *Call to Eliminate Japan's "Hostage Justice" System by Japanese Legal Professionals* (April 10, 2019) (a letter emphasizing the inhumane treatment of Japanese prisoners and signed by 1,010 Japanese legal professionals) | 59-7 |
| Japan Ministry of Justice, *Frequently Asked Questions on the Japanese Criminal Justice System* (last accessed Nov. 6, 2020) (the Japanese government's published description of its inadequate protections for the rights of prisoners) | 59-10 |
| United Nations Committee Against Torture, *Concluding Observations on the Second Periodic Report of Japan, Adopted by the Committee at its Fiftieth Session* (May 31, 2013) | 59-11 |
| Amnesty International, *Amnesty International Report 2014/15 – Japan* (Feb. 25, 2015) | 59-12 |
| Sen. Roger Wicker, Sen. Lamar Alexander & Sen. Marsha Blackburn, *Greg Kelly: U.S. Hostage of Japanese Justice* (March 10, 2020) | 59-17 |
| Kelly Petition to U.S. Dep't of State (describing the torture of Greg Kelly under Japanese confinement) | 59-19 |
| Declaration of Carlos Ghosn Bichara (describing his own experience of torture under Japanese confinement) | 61-2 |
| Declaration of Scott McIntyre (describing his own experience of torture under Japanese confinement) | 61-3 |

| | |
|---|---|
| Letter from Human Rights Watch to Masako Mori Re: *Dangers to Prisoners, Detainees and Staff Amidst COVID-19 Pandemic* (April 23, 2020) | 61-7 |
| Human Rights Council, *Opinions adopted by the Working Group on Arbitrary Detention at its eighty-eighth session, 24–28 August 2020: Opinion No. 59/2020 concerning Carlos Ghosn (Japan)* (Nov. 20, 2020) | 63-2 |

Dated:  January 24, 2020                        Respectfully submitted,

                                                By their attorneys,

                                                */s/ Tillman J. Finley*
                                                Daniel Marino (*pro hac vice*)
                                                dmarino@marinofinley.com
                                                Tillman J. Finley (*pro hac vice*)
                                                tfinley@marinofinley.com
                                                MARINO FINLEY LLP
                                                800 Connecticut Avenue, N.W., Suite 300
                                                Washington, DC  20006
                                                Tel.  202.223.8888

                                                *Counsel for Michael L. Taylor*


                                                */s/ Paul V. Kelly (by permission)*
                                                Paul V. Kelly (BBO No. 267010)
                                                Jackson Lewis, P.C.
                                                75 Park Plaza
                                                Boston, MA  02110
                                                Tel (617) 367-0025
                                                paul.kelly@jacksonlewis.com


                                                */s/ Abbe David Lowell (by permission)*
                                                Abbe D. Lowell (*pro hac vice*)
                                                Christopher D. Man
                                                Zachary B. Cohen
                                                Winston & Strawn LLP
                                                1901 L Street, N.W.
                                                Washington, DC 20036
                                                Tel. (202) 282-5875
                                                adlowell@winston.com

                                                *Counsel for Michael and Peter Taylor*

                                                */s/James P. Ulwick (by permission)*
                                                James P. Ulwick (*pro hac vice*)

KRAMON & GRAHAM PA
One South Street, Suite 2600
Baltimore, MD  21202
Tel. (410) 752-6030
JUlwick@kg-law.com

*Counsel for Peter M. Taylor*

## **CERTIFICATE OF SERVICE**

      I, Tillman J. Finley, counsel for Petitioner Michael Taylor, hereby certify that on January 24, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

*/s/ Tillman J. Finley*
Tillman J. Finley
