# United States Court of Appeals
## For the First Circuit

No. 21-1083

MICHAEL L. TAYLOR; PETER MAXWELL TAYLOR,

Petitioners - Appellants,

v.

JEROME P. MCDERMOTT, Sheriff, Norfolk County, Massachusetts; JOHN GIBBONS, United States Marshal, District of Massachusetts,

Respondents - Appellees.

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

**JUDGMENT**

Entered: April 27, 2021

Respondents-appellees have filed a motion to dismiss the appeal as moot because petitioners-appellants have been surrendered to Japanese authorities. Petitioners-appellants have responded, stating that they "have no basis upon which to oppose [the] Motion to Dismiss." The motion to dismiss is **granted**.

Appeal dismissed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul V. Kelly
Robert L. Sheketoff
Abbe David Lowell
Christopher Dowden Man
Tillman James Finley
James P. Ulwick
Stephen W. Hassink
Philip Mirrer-Singer